# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J. Stayert<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-22907 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 5205

                Respectfully submitted,

                **/s/ Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                jgoldman@kmllawgroup.com
                Attorney I.D. No. 205047
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: 215-825-6306
                Fax: 215-825-6406
                Attorney for Movant/Applicant