## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Michael J. Stayert<br>　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, N.A., its successors and/or assigns<br>　　　　　　　　Moving Party<br>　　vs.<br>Michael J. Stayert<br>　　　　　　　　Debtor<br><br>Ronda J. Winnecour<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-22907 CMB<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of JPMorgan Chase Bank, N.A., which was filed with the Court on or about **10/31/2016**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire____**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　jgoldman@kmllawgroup.com
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 205047
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

November 2, 2016