# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
11/14/16 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Conciliation Conference:_**

- **Debtor:** MICHAEL J STAYERT
- **Case Number:** 16-22907-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 10, 2016 01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**_Matter:_**

#13 - Continued Confirmation of Plan Dated 8/29/2016 - N
R / M #:  13 / 0

**_Appearances:_**

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*No payments to date. Debtor has been unable to find new employment.*

*Trustee requests dismissal w/o prejudice. Debtor Counsel represents there is no defense.*

11/3/2016  11:39:17 AM